UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XIAOYONG LAI,

Plaintiff,

v.

MENGJING LU, et al.,

Defendants.

Case No. 24-cv-06470-NW

**ORDER TO SHOW CAUSE RE FAILURE TO FILE PRE-TRIAL MATERIALS**

Re: ECF No. 70

The Court set a pre-trial conference for October 28, 2026, with a deadline to file pre-trial materials by October 14, 2026. ECF No. 70; *see* Standing Order for Civil Jury Trials, Section B. The parties failed to file any pre-trial materials by the deadline.

The Court VACATES the October 28, 2026 pre-trial conference and all trial dates. The parties are ordered to show cause why monetary sanctions (up to or beyond $7,500), or non-monetary sanctions (including terminating sanctions) should not be imposed for the parties' failure to comply with Court rules and Orders, and for the Plaintiff's failure to prosecute this case. *See* Federal Rules of Civil Procedure 41(b), 16(f). If a party opposes the order to show cause ("OSC"), by **no later than October 21, 2026**, the party must file an opposition of no more than 3 pages and serve it on the opposing party. A hearing on the OSC is set for **November 4, 2026, at 1:00 p.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. Counsel must appear at the hearing in person; no remote appearances are permitted.

If the parties resolved this matter and failed to update the Court, the parties must inform the Court of the resolution **no later than October 21, 2026.**

If neither party timely files an opposition to this OSC, the Court will vacate the OSC

United States District Court
Northern District of California

United States District Court
Northern District of California

hearing and will dismiss this case without prejudice.[1]

**IT IS SO ORDERED.**

Dated: October 16, 2026

Noël Wise
United States District Judge

[1] Dismissal does not prevent this Court from imposing monetary sanctions if appropriate.